UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                               :
CHARITY DANSO                                      :
*On behalf of herself and all others similarly*  :
*situated,*                                                                    :
                                    Plaintiff,       :       24-CV-4017 (VSB)
                                                          :
                  -against-               :       **ORDER**
                                                          :
PERF OPCO, LLC,                            :
                                                          :
                                 Defendant.  :
                                                          :
----------------------------------------------------------- :
                                                          X

<u>VERNON S. BRODERICK</u>, United States District Judge:

  Plaintiff filed this action on May 24, 2024, (Doc. 1), and filed an affirmation of service on June 24, 2024, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was July 2, 2024. On July 24, 2024, I directed Plaintiff to seek default judgment by no later than August 21, 2024. (Doc. 6.) I warned, "If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I will dismiss Plaintiff's claims for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." (*Id.*) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has not sought default judgment or taken any action to prosecute this case.

  Accordingly, Plaintiff's claims are dismissed without prejudice pursuant to Rule 41(b). The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated: August 26, 2024          _____
     New York, New York        VERNON S. BRODERICK
                      United States District Judge