UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                               :

CHARITY DANSO                                         :
*On behalf of herself and all others similarly*   :
*situated,*                                                       :
                               Plaintiff,    :         24-CV-4017 (VSB)
                                                              :
                 -against-                    :               **ORDER**
                                                              :
PERF OPCO, LLC,                             :
                                                              :
                               Defendant.   :
                                                              :
-----------------------------------------------------------   :
                                                               X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

        ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days.

SO ORDERED.

Dated:     September 24, 2024
              New York, New York                     _____
                                                                    VERNON S. BRODERICK
                                                                    United States District Judge